|     |                                                    |
| --- | -------------------------------------------------- |
| 1   |                                                    |
| 2   |                                                    |
| ... |                                                    |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) |                                |
|---------------------------|---|--------------------------------|
|                           | ) | Case No. 05-CR-2001-JM         |
| Plaintiff,                | ) |                                |
|                           | ) |                                |
| v.                        | ) | ORDER PERMITTING UNSEALING     |
|                           | ) | OF PLEA AGREEMENT AND ADDENDUM |
| BRIAN GARY JOHNSON,       | ) |                                |
|                           | ) |                                |
| Defendant.                | ) |                                |
|                           | ) |                                |

   The Court, having considered the motion of the Government to unseal the plea agreement and addendum in the above captioned matter, hereby orders that the plea agreement and addendum in Case No. 05-CR-2001-JM be unsealed.

   IT IS SO ORDERED.

DATED:  November 20, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge